

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00115-CV

_____

BARREL BLUE TRUCKING, LLC., APPELLANT

V.

ANDRES S. GARCIA D/B/A WEST TEXAS HOT SHOT, APPELLEE

On Appeal from the County Court at Law No. 2
Midland County, Texas
Trial Court No. CC20961, Honorable Marvin L. Moore, Presiding

May 17, 2019

MEMORANDUM OPINION

Before CAMPBELL and PIRTLE and PARKER, JJ.

Appellant, Barrel Blue Trucking, LLC, filed a notice of appeal from a default judgment in favor of appellee, Andres S. Garcia d/b/a West Texas Hot Shot. The clerk's record was due on April 15, 2019. On April 10, the county clerk notified the court that appellant had not yet paid or made arrangements to pay for the clerk's record. *See* Tex. R. App. P. 35.3(a)(2). By letter that day, we directed appellant to make acceptable payment arrangements for the clerk's record by April 22. Failure to do so, we

admonished, would subject the appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, appellant has not made payment arrangements for the clerk's record or made any response to this court's letter. Accordingly, the appeal is dismissed for want of prosecution and appellant's failure to comply with a requirement of the appellate rules and an order of the court. TEX. R. APP. P. 37.3(b); 42.3(b), (c).

Per Curiam